AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Nicanor Perez Rodriguez, | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.    0:13-cv-03401-TLW |
| Dennis Bush, Warden, | ) | |
| *Respondent* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Nicanor Perez Rodriguez, shall take nothing of the respondent, Dennis Bush, as to the petition filed pursuant to 28 U.S.C. §2254 and this action is dismissed.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by Chief Judge Terry L. Wooten, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the petition.


Date:  April 21, 2015                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                       s/M. Walker
                                                       _____
                                                       *Signature of Clerk or Deputy Clerk*